JAMES D. CIAMPA (CSB #162280)
LAGERLOF, SENECAL, GOSNEY & KRUSE, LLP
301 N. Lake Ave., 10th Floor
Pasadena, CA 91101-4108
Telephone: (626) 793-9400
Facsimile: (626) 793-5900

Attorneys for Plaintiffs,
DEAN LANE and DEBORAH LANE, Trustees of the
DEAN AND DEBORAH LANE LIVING TRUST;
JENNI BRAUNBERGER, and RICK FOY

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN LANE and DEBORAH LANE, Trustees of the DEAN AND DEBORAH LANE LIVING TRUST; JENNI BRAUNBERGER, an individual; and RICK FOY, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> SMILING EARTH ENERGY, LLC, a California limited liability company; SMS HOLDING COMPANY, LLC, a California limited liability company; CLIFFORD M. COWLES, an individual; BERNHARD L. MOCK, JR., an individual; and DOES 1 to 10, inclusive, <br><br> Defendants. | Case No.: 1:07-CV-01820-DLB <br><br> **ORDER DISMISSING DEFENDANT BERNHARD L. MOCK, JR.** <br><br> Case Filed: December 12, 2007 <br><br> Magistrate Judge: Hon. Dennis L. Beck |

Pursuant to the request of Plaintiffs to dismiss, without prejudice, from this action Defendant BERNHARD L. MOCK, JR., an individual, and the Court determining good cause therefor exists in lights of the settlement reached between Plaintiffs and said defendant:

///

///

///

///

---

1

[PROPOSED] ORDER DISMISSING DEFENDANT BERNHARD L. MOCK, JR.

1 | The Court hereby orders that Defendant BERNHARD L. MOCK, JR., an individual, be, and
2 | hereby is, dismissed from this action, without prejudice.

Dated: 6 June , 2008                    /s/ Dennis L. Beck
                                        Hon. Dennis L. Beck,
                                        Magistrate Judge

[PROPOSED] ORDER DISMISSING DEFENDANT BERNHARD L. MOCK, JR.