# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN LANE and DEBORAH LANE, Trustees of the DEAN AND DEBORAH LANE LIVING TRUST; JENNI BRAUNBERGER, an individual; and RICK FOY, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>SMILING EARTH ENERGY, LLC, a California limited liability company; SMS HOLDING COMPANY, LLC, a California limited liability company; CLIFFORD M. COWLES, an individual; BERNHARD L. MOCK, JR., an individual; and DOES 1 to 10, inclusive,<br><br>Defendants. | **Case No.: 1:07-CV-01820-DLB**<br><br>**ORDER TAKING PRETRIAL CONFERENCE AND TRIAL OFF CALENDAR**<br><br>**Case Filed: December 12, 2007**<br><br>**Magistrate Judge: Hon. Dennis L. Beck** |

Based upon: (i) the voluntary dismissal of Defendant SMS HOLDING COMPANY, LLC, a California limited liability company, as filed on January 23, 2008; (ii) the settlement of this matter as to Defendant BERNHARD L. MOCK, JR., an individual, and his subsequent dismissal from this action, as filed on June 10, 2008; and (iii) the entry of default (entered on February 12, 2008) and pending entry of default judgment against Defendants SMILING EARTH ENERGY, LLC, a California limited liability company, and CLIFFORD M. COWLES, an individual, the application for which was heard on July 25, 2008, and the Court finding that good cause exists therefor,

1  The Court hereby orders that the Pretrial Conference scheduled for August 1, 2008 and the Trial
2  scheduled to commence on September 9, 2008, be taken off calendar.

Dated:  August 3, 2008                                                  /s/ *Dennis L. Beck*
                                                                        Hon. Dennis L. Beck,
                                                                        Magistrate Judge

**[PROPOSED] ORDER TAKING PRETRIAL CONFERENCE AND TRIAL OFF CALENDAR**