JAMES D. CIAMPA (CSB #162280)
LAGERLOF, SENECAL, GOSNEY & KRUSE, LLP
301 N. Lake Ave., 10th Floor
Pasadena, CA  91101-4108
Telephone:  (626) 793-9400
Facsimile:   (626) 793-5900

Attorneys for Plaintiffs,
DEAN LANE and DEBORAH LANE, Trustees of the
DEAN AND DEBORAH LANE LIVING TRUST;
JENNI BRAUNBERGER, and RICK FOY

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN LANE and DEBORAH LANE, Trustees of the DEAN AND DEBORAH LANE LIVING TRUST; JENNI BRAUNBERGER, an individual; and RICK FOY, an individual,<br><br>    Plaintiffs,<br><br>  vs.<br><br>SMILING EARTH ENERGY, LLC, a California limited liability company; SMS HOLDING COMPANY, LLC, a California limited liability company; CLIFFORD M. COWLES, an individual; BERNHARD L. MOCK, JR., an individual; and DOES 1 to 10, inclusive,<br><br>    Defendants. | Case No.:  1:07-CV-01820-DLB<br><br>[PROPOSED] JUDGMENT<br><br>Case Filed:  December 12, 2007<br><br>Magistrate Judge:  Hon. Dennis L. Beck |

Plaintiffs' motion for default judgment against Defendants SMILING EARTH ENERGY, LLC and CLIFFORD M. COWLES came for hearing on July 25, 2008 before the Honorable Dennis L. Beck, United States Magistrate Judge.  On August 4, 2008, the court filed its order granting Plaintiffs' motion and awarding damages to Plaintiffs as follows:

To Plaintiffs DEAN LANE and DEBORAH LANE, Trustees of the DEAN AND DEBORAH LANE LIVING TRUST, $115,000, plus interest at a rate of 10 percent per annum, from November 12, 2007;

1    To Plaintiff JENNI BRAUNBERGER, $115,000, plus interest at a rate of 10 percent per
2    annum, from November 12, 2007;
3    To Plaintiff RICK FOY, $57,500, plus interest at a rate of 10 percent per annum, from October
4    1, 2007;
5    Provided, however, that the total amount of damages of $287,500, plus interest, is subject to an
6    offset of $35,000, representing the prior settlement with Defendant BERNHARD L. MOCK, JR.; and
7    To all Plaintiffs, attorneys' fees and costs in the total amount of $15,568.81.
8
9    NOW, THEREFORE, IT IS HEREBY ADJUDGED, DECREED and ORDERED that
10   judgment is entered in favor of Plaintiffs DEAN LANE and DEBORAH LANE, Trustees of the DEAN
11   AND DEBORAH LANE LIVING TRUST; JENNI BRAUNBERGER; and RICK FOY, and against
12   Defendants SMILING EARTH ENERGY, LLC and CLIFFORD M. COWLES, consistent with the
13   Court's Order filed August 4, 2008, as restated above.
14   IT IS ORDERED, ADJUDGED and DECREED.
15
16   DATED: 2 September, 2008                    /s/ *Dennis L. Beck*
17                                               UNITED STATES MAGISTRATE JUDGE

2

**[PROPOSED] JUDGMENT**